## PHILLIP BORDAGES ESTATE TRUST v. COMMISSIONER OF INTERNAL REVENUE.

### No. 11706.

#### Circuit Court of Appeals, Fifth Circuit.
#### Jan. 23, 1947.

R. B. Cannon, of Fort Worth, Tex., and Will E. Orgain, of Beaumont, Tex., for petitioner.

Douglas W. McGregor, Asst. Atty. Gen., Sewall Key, Robert N. Anderson, and Melva M. Graney, Sp. Assts. to the Atty. Gen., J. P. Wenchel, Chief Counsel, Bur. Int. Rev., and Rollin H. Transue, Sp. Atty., Bur. Int.

Rev., both of Washington, D. C., for respondent.

Before McCORD, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The Tax Court correctly determined that the petitioner is an association taxable as a corporation under Section 3797(a) (3) of the Internal Revenue Code, 26 U.S.C.A.Int. Rev.Code, § 3797(a) (3). Morrissey v. Commissioner, 296 U.S. 344, 56 S.Ct. 289, 80 L.Ed. 263; Swanson v. Commissioner, 296 U.S. 362, 56 S.Ct. 283, 80 L.Ed. 273; Helvering v. Coleman-Gilbert Associates, 296 U.S. 369, 56 S.Ct. 285, 80 L.Ed. 278; Helvering v. Combs, 296 U.S. 365, 56 S.Ct. 287, 80 L.Ed. 275; Keating-Snyder Trust v. Commissioner, 5 Cir., 126 F.2d 860.

The decision of the Tax Court is Affirmed.